UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SOPER-WHEELER COMPANY, LLC,<br><br>        Defendant. | CIV. NO. 2:15-01983 WBS CKD<br><br>ORDER RE: MOTION TO AMEND COMPLAINT |

----oo0oo----

Plaintiff United States of America moves for leave to amend its Complaint in this case.  (Docket No. 9.)  On July 7, 2016, defendant Soper-Wheeler Company, LLC filed a notice of non-opposition to plaintiff's motion to file an amended complaint.  (Docket No. 10.)  A statement of non-opposition is filed by "[a] responding party who has no opposition to the granting of the motion."  E.D. Cal. L.R. 230(c).

Having read plaintiff's brief and in light of the absence of any opposition to its motion, the court concludes that oral argument is unnecessary.  Because nothing suggests that

1

plaintiff was not diligent in seeking leave to amend and the trial is not set to commence until one year from now, the court finds good cause under Federal Rule of Civil Procedure 16(b) to grant plaintiff's unopposed motion to amend its Complaint. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607-08 (9th Cir. 1992).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file an amended complaint, (Docket No. 9), be, and the same hereby is, GRANTED. Plaintiff shall file its amended complaint within ten (10) days from the date this Order is signed. The hearing set for July 25, 2016 is hereby vacated.

Dated: July 7, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE