PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

MATHENY SEARS LINKERT & JAIME LLP
RICHARD S. LINKERT
JACK A. KLAUSCHIE, JR.
JULIA M. REEVES
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant Soper-Wheeler Company, LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SOPER-WHEELER COMPANY, LLC,<br>Defendant. | CASE NO. 2:15-cv-01983 WBS-CKD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CASE DEADLINES** |

The United States and Defendant Soper-Wheeler Company, LLC, by and through their respective counsel, stipulate and respectfully request the continuation of the deadlines set by the Court's January 14, 2016 Pretrial Scheduling Order in this matter ("Order") (Dkt. 8), in order to conserve the resources and time of the Court, all parties, and all witnesses and to account for the parties' efforts to reach a resolution of this action.

The parties to this action have been pursuing a possible settlement since early this year. The parties made some progress through bilateral discussions and then began to consider the possibility of mediation. In mid-May 2016, the parties formally agreed to mediate the case and

subsequently secured a June 29, 2016 mediation date with a mutually-agreed-upon private mediator. The mediation was productive, and the Defendant and its insurer are currently considering a proposed resolution. Vacation schedules and the need for approval of certain higher-level individuals at Defendant's insurer have delayed a final response, but the parties are hopeful that a settlement may be reached in the next several weeks.

In light of the ongoing productive settlement discussions, the parties have been reluctant to propound extensive discovery that may cause both sides to incur significant time and expense that may ultimately prove unnecessary. On the other hand, if a settlement is not reached after delays in obtaining a response from Defendant's insurer, the parties will be left with only a short time to complete fact and expert discovery, and their ability to do so in an orderly and efficient fashion may be compromised. Accordingly, the parties respectfully request to continue the schedule set in the Court's Order for approximately two months, in order to conserve the resources of the parties, as well as witnesses who would be called to give depositions or prepare expert reports, and to conserve any judicial resources that may be needed to resolve any discovery disputes that may arise. The current and proposed schedules are provided below for the Court's reference.

The parties will promptly inform the Court if and when any settlement in principle is reached and will advise the Court at that time of the time needed to finalize and file dispositional documents.

| | Current | Proposed |
|---|---|---|
| Expert Disclosures | October 19, 2016 | December 14, 2016 |
| Rebuttal Expert Disclosures | November 21, 2016 | January 23, 2017 |
| Discovery Completed | December 19, 2016 | February 21, 2017 |
| Motions Filed | February 17, 2017 | April 14, 2017 |
| Final Pretrial Conference | May 8, 2017 | **July 17, 2017, 1:30 pm** |
| Trial (jury trial, five to ten days) | July 11, 2017 | **September 19, 2017 at 9:00 am** |

Respectfully submitted,

Dated: July 28, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Colleen M. Kennedy*
COLLEEN M. KENNEDY
Assistant U.S. Attorney

Dated: July 28, 2016

MATHENY SEARS LINKERT & JAIME LLP

By: */s/ Jack A. Klauschie, Jr.*

JACK A. KLAUSCHIE, JR.
Attorneys for Defendant
Soper-Wheeler Company, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: July 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE