PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
JACK A. KLAUSCHIE JR., ESQ. (SBN 094029)
JULIA M. REEVES, ESQ. (SBN 241198)
3638 American River Drive
Sacramento, California  95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430

Attorneys for Defendant, SOPER-WHEELER COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOPER-WHEELER COMPANY, LLC,<br><br>　　　　　Defendant. | Case No.  2:15-cv-01983-WBS-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL DEADLINES** |

　　　　The United States and Defendant, Soper-Wheeler Company, LLC, by and through their respective counsel, stipulate and respectfully request the continuation of the deadlines set by the Court's July 28, 2016, Pretrial Scheduling Order in this matter ("Order") (Dkt. 15), in order to conserve the resources and time of the Court, all parties, and all witnesses and to account for the parties' efforts to reach a resolution of this action.

In mid-May 2016, the parties formally agreed to mediate the case. The parties participated in mediation on June 29, 2016. The suit did not settle during mediation, but mediation was productive. A mediator's settlement proposal was provided to both parties. Counsel for Defendant have used best efforts to obtain settlement authority from Defendant's insurance carrier since mediation, but have encountered unexpected and extended delays in obtaining a decision from high-level management individuals at Defendant's insurance carrier. The parties remain hopeful that a settlement may be reached shortly.

The parties have not sat by idly while Defendant's counsel press for a decision with regard to settlement.

The USA has propounded extensive written discovery on Defendant, Soper-Wheeler, in the form of interrogatories, requests for admissions and requests for documents. Soper-Wheeler served responses to the USA's discovery recently.

Defendant has propounded extensive requests for admissions on the USA, and interrogatories which seek evidentiary support for any denials of the requests for admissions. Many depositions also have been noticed by Defendant. A second set of interrogatories and a first set of requests for documents will be propounded to the USA in the next day or two by Defendant which address many aspects of the USA's claims for damages.

If current discovery deadlines are left in place, the parties are forced to expend significant time and resources that hopefully become unnecessary. In light of the potential this suit might settle in the next couple weeks, the parties are reluctant to engage in further extensive and expensive discovery, particularly taking and defending a number of depositions.

The parties will promptly inform the Court if a settlement is reached, and the time needed to finalize and file dispositional documents.

Accordingly, the parties respectfully request to continue some of the deadlines set in the Court's Order for approximately one month, while preserving the trial date, in order to conserve the resources of the parties, and to conserve judicial resources that may be needed to resolve any discovery disputes that may arise.

STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES 2
U.S. v. Soper-Wheeler, No. 15-cv-1983 WBS-CKD

The current and proposed schedules are provided below for the Court's reference.

|  | Current | Proposed |
|---|---|---|
| Expert Disclosures | December 14, 2016 | January 16, 2017 |
| Rebuttal Expert Disclosures | January 23, 2017 | February 13, 2017 |
| Discovery Completed | February 21, 2017 | March 13, 2017 |
| Motions Filed | April 14, 2017 | April 28, 2017 |
| Final Pretrial Conference | July 17, 2017, 1:30 pm | No Change |
| Trial (jury trial, 5-10 days) | Sept. 19, 2017 at 9:00 am | No Change |

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: November 16, 2016     By: */s/ Colleen M. Kennedy*
    COLLEEN M. KENNEDY
    Assistant U.S. Attorney

Dated:  November 16, 2016     MATHENY SEARS LINKERT & JAIME LLP

By: */s/ Jack A. Klauschie Jr.*

RICHARD S. LINKERT. ESQ.
JACK A. KLAUSCHIE JR., ESQ.
Attorneys for Defendant, SOPER-WHEELER COMPANY, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated:  November 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES     3
U.S. v. Soper-Wheeler, No. 15-cv-1983 WBS-CKD