PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RICHARD S. LINKERT, ESQ. (SBN 88756)
JACK A. KLAUSCHIE JR., ESQ. (SBN 094029)
JULIA M. REEVES, ESQ. (SBN 241198)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, SOPER-WHEELER COMPANY, LLC

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOPER-WHEELER COMPANY, LLC,

Defendant.

Case No. 2:15-cv-01983-WBS-CKD

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE AND PRE-TRIAL DEADLINES [PROPOSED] ORDER TO VACATE TRIAL DATE AND PRETRIAL DEADLINES**

The United States and Defendant, Soper-Wheeler Company, LLC, by and through their respective counsel, hereby notify the Court they have reached a settlement in principle. Settlement is subject to approval by senior officials within the Department of Justice and the U.S. Department of Agriculture. With the Thanksgiving and December holidays, counsel for the United States

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

estimates it will take 60 days from the date of this Notice to acquire final approval of the settlement.

In light of this settlement, the parties stipulate and respectfully request that the trial date and pre-trial deadlines set by the Court's November 16, 2016, Pretrial Scheduling Order in this matter ("Order") (Dkt. 17), be vacated.

The parties will promptly inform the Court if any issues or delays in completing settlement occur, and the time needed to finalize and file dispositional documents is required.

The current schedule is provided below for the Court's reference.

| | Current |
|---|---|
| Expert Disclosures | January 16, 2017 |
| Rebuttal Expert Disclosures | February 13, 2017 |
| Discovery Completed | March 13, 2017 |
| Motions Filed | April 28, 2017 |
| Final Pretrial Conference | July 17, 2017,1:30 pm |
| Trial (jury trial, 5-10 days) | Sept. 19, 2017 at 9:00 am |

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: November 22, 2016

By: /s/ Colleen M. Kennedy
COLLEEN M. KENNEDY
Assistant U.S. Attorney

Dated: November 22, 2016

MATHENY SEARS LINKERT & JAIME LLP

By: /s/ Jack A. Klauschie Jr.

RICHARD S. LINKERT. ESQ.
JACK A. KLAUSCHIE JR., ESQ.
Attorneys for Defendant, SOPER-WHEELER COMPANY, LLC

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**ORDER**

In light of settlement and good cause having been provided to the Court, the Court hereby vacates the trial date and pre-trial deadlines set forth below.

| | |
|---|---|
| Expert Disclosures | January 16, 2017 |
| Rebuttal Expert Disclosures | February 13, 2017 |
| Discovery Completed | March 13, 2017 |
| Motions Filed | April 28, 2017 |
| Final Pretrial Conference | July 17, 2017,1:30 pm |
| Trial (jury trial, 5-10 days) | Sept. 19, 2017 at 9:00 am |

**IT IS SO ORDERED.**

Dated: November ____, 2016

______________________________

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE