PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>SOPER-WHEELER COMPANY, LLC,<br><br>                    Defendant. | CASE NO.  2:15-CV-01983-WBS-CKD<br><br>**STIPULATION OF DISMISSAL<br>AND [PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action shall be dismissed with prejudice pursuant to the attached Settlement Agreement, each party to bear its own attorneys' fees and costs.

   1.   The Parties hereby request that the Court dismiss the above-styled case, Case No. 2:15-cv-01983, with prejudice by signing the attached order.  The Clerk of the Court is requested to enter this dismissal in the official docket.

   2.   Notwithstanding the entry of a dismissal herein, the United States District Court for the Eastern District of California (William B. Shubb, District Judge) shall retain jurisdiction to enforce the terms of this Settlement Agreement and the Parties agree that this Court shall be the sole venue for any dispute arising hereunder.

Dated:  January 31, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Colleen M. Kennedy*
COLLEEN M. KENNEDY
Assistant U.S. Attorney

Dated:  January 31, 2017

SOPER-WHEELER COMPANY, LLC

By: */s/ Jack A. Klauschie, Jr.*
JACK A. KLAUSCHIE, JR.
MATHENY SEARS LINKERT & JAIME LLP
Attorneys for Soper-Wheeler Company, LLC

### **ORDER**

Case No. 2:15-cv-01983 is hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

The Clerk of the Court is directed to enter this Order in the official docket.

Notwithstanding the entry of a dismissal herein, the Court shall retain jurisdiction to enforce the terms of this Settlement Agreement.

IT IS SO ORDERED.

Dated:  February 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE